# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADAM CALABRESE, Individually and :
on behalf of all others :
similarly situated :
 :
      Plaintiff, : CIVIL ACTION
 :
  vs. :
 : NO. 16-CV-0868
TGI FRIDAY'S INC., et al., :
 :
      Defendants :

## ORDER

AND NOW, this 2nd day of November, 2017, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 48) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is hereby entered in favor of Defendant and against Plaintiff as a matter of law pursuant to Fed. R. Civ. P. 56.

                                      BY THE COURT:

                                      s/J. Curtis Joyner
                                      J. CURTIS JOYNER, J.